# Exhibit 4

200 374— TM



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

COMBINED DECLARATION UNDER SECTIONS 8 AND 15

PRINCIPAL REGISTER

          Mark      : AMERICAN WRESTLING
                          ASSOCIATION
          Reg. No.  : 1,410,887
          Int. Class: 41

To the Assistant Secretary and
   Commissioner of Patents and Trademarks:

     Squared Circle Ventures, Inc.

     A corporation of the State of Minnesota

     Business Address:

     10001 Wayzata Boulevard
     Suite 200
     Minneapolis, Minnesota 55343

     The undersigned, Verne Gagne, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 to Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of this document, declares that he is properly authorized to execute this document on behalf of the registrant, he believes the registrant to be the owner of the above-identified registration; the service mark is in use in commerce; and all statements made of his own knowledge are true and all statements made on information and belief are believed to be true. The undersigned further states that Squared Circle Ventures, Inc. owns the above-identified registration issued September 23, 1986, as shown by records in the Patent and Trademark Office; that the mark shown therein has been in continuous use in interstate commerce for five consecutive years from the date of the registration or the date of publication under section 12(c) to the present, on or in connection with those goods and services specified in the registration; that such mark is still in use as evidenced by the specimen included showing the mark as currently

100 TW 10/08/92 1410887          0 374   200.00 CK

-2-

used; that there has been no final decision adverse to registrant's claim of ownership of such mark for such goods or services, or to registrant's right to register the same or to keep the same on the Register; that there is no proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts; and that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

Registrant hereby appoints Nickolas E. Westman, David R. Fairbairn, Wayne A. Sivertson, Jo M. Fairbairn, Z. Peter Sawicki, James L. Young, Theodore F. Neils, Norman P. Friederichs, Charles J. Ungemach, Vytas M. Rimas, Thomas J. Stueber, Joseph R. Kelly, Jennifer F. Becker, Judson K. Champlin, Thomas A. Rendos, Emery L. Tracy, Julie E. Keller, Deirdre A. Megley, Kevin B. Sullivan, Robert M. Angus, Janal M. Kalis, Paul S. Grunzweig, John M. Weyrauch, Michael L. Traino, Jeffrey D. Shewchuk, and Steven M. Koehler, all members of the Bar of the State of Minnesota, whose address is KINNEY & LANGE, P.A., Suite 1500, 625 Fourth Avenue South, Minneapolis, Minnesota 55415 telephone number (612) 339-1863, to prosecute this declaration and to transact all business in the Patent and Trademark Office in connection therewith.

Please address all communications to: Jo M. Fairbairn.

KINNEY & LANGE, P.A.
Suite 1500
625 Fourth Avenue South
Minneapolis, Minnesota 55415

SQUARED CIRCLE VENTURES, INC.

By: _____
    Verne Gagne
    President

Date: 9/23/92



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

COMBINED DECLARATION UNDER SECTIONS 8 AND 15

PRINCIPAL REGISTER

                        Mark    : AMERICAN WRESTLING ASSOCIATION
                        Reg. No. : 1,410,887
                        Int. Class: 41

To the Assistant Secretary and
   Commissioner of Patents and Trademarks:

   Squared Circle Ventures, Inc.

   A corporation of the State of Minnesota

   Business Address:

   10001 Wayzata Boulevard
   Suite 200
   Minneapolis, Minnesota 55343

   The undersigned, Verne Gagne, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 to Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of this document, declares that he is properly authorized to execute this document on behalf of the registrant, he believes the registrant to be the owner of the above-identified registration; the service mark is in use in commerce; and all statements made of his own knowledge are true and all statements made on information and belief are believed to be true. The undersigned further states that Squared Circle Ventures, Inc. owns the above-identified registration issued September 23, 1986, as shown by records in the Patent and Trademark Office; that the mark shown therein has been in continuous use in interstate commerce for five consecutive years from the date of the registration or the date of publication under section 12(c) to the present, on or in connection with those goods and services specified in the registration; that such mark is still in use as evidenced by the specimen included showing the mark as currently

-2-

used; that there has been no final decision adverse to registrant's claim of ownership of such mark for such goods or services, or to registrant's right to register the same or to keep the same on the Register; that there is no proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts; and that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

Registrant hereby appoints Nickolas E. Westman, David R. Fairbairn, Wayne A. Sivertson, Jo M. Fairbairn, Z. Peter Sawicki, James L. Young, Theodore F. Neils, Norman P. Friederichs, Charles J. Ungemach, Vytas M. Rimas, Thomas J. Stueber, Joseph R. Kelly, Jennifer F. Becker, Judson K. Champlin, Thomas A. Rendos, Emery L. Tracy, Julie E. Keller, Deirdre A. Megley, Kevin B. Sullivan, Robert M. Angus, Janal M. Kalis, Paul S. Grunzweig, John M. Weyrauch, Michael L. Traino, Jeffrey D. Shewchuk, and Steven M. Koehler, all members of the Bar of the State of Minnesota, whose address is KINNEY & LANGE, P.A., Suite 1500, 625 Fourth Avenue South, Minneapolis, Minnesota 55415 telephone number (612) 339-1863, to prosecute this declaration and to transact all business in the Patent and Trademark Office in connection therewith.

Please address all communications to: <u>Jo M. Fairbairn</u>.

KINNEY & LANGE, P.A.
Suite 1500
625 Fourth Avenue South
Minneapolis, Minnesota 55415

SQUARED CIRCLE VENTURES, INC.

By: _____
Verne Gagne
President

Date: 9/23/92

★ **Promotional Support**

The American Wrestling Association (AWA) is a name you can trust to provide strong promotional support. For over 35 years the AWA has been known internationally as the premiere wrestling organization. In support of your "live" event we will provide posters, press releases, tv/radio interviews and national exposure of your event on our weekly television show for several weeks prior to the engagement. In addition, we can provide you with top name talent at affordable prices should you need someone to come in for personal appearances prior to the event.

★ **Join Forces With The AWA**

The AWA provides custom services designed to meet your needs. Wrestlers from our organization attract fans from all over the world. You'll find the AWA offers a sparkling combination of easily identified international athletes and a proven track record of profit making ventures.

Make the AWA a major part of your next event, fair or season. Whether it is endorsing a product or a promotion at your fair, park, convention or event, our talent will be there for you.

For more information, please telephone the American Wrestling Association at (612) 545-2822 or return the attached reply card.





**American Wrestling Association**
10001 Wayzata Boulevard
Minneapolis, Minnesota 55343

American Wrestling Association
10001 Wayzata Boulevard
Minneapolis, Minnesota 55343
(612) 545-9376

PLACE STAMP HERE

**Will Make Your Event A Smashing Success!**



# AWA WRESTLING
## SPORTS ENTERTAINMENT FOR THE ENTIRE FAMILY

### ★ A Turn-key Event: Second To None

You want an event that's going to be successful and make money. The AWA brings you a first class, highly professional, self-contained event. Our total package includes talent, transportation, accommodations, TV/radio promotion, ring, crew, referees, officials and announcer — everything necessary to run a top notch "live" sporting event.

### ★ We Bring You An Audience

Professional wrestling is tremendous family sports entertainment. The AWA can now be used as a major attraction for your fair, park, convention or promotion. Wrestling's popularity is at an all-time high. AWA fans range in age from 3 to 93! Millions of fans watch AWA ALL STAR WRESTLING on ESPN and our syndication system of national TV each and every week. Adults love it. Children are fascinated by it. You can profit from it!!!

AWA ALL STAR WRESTLING can be seen on national TV as many as five days per week. The fans can't seem to get enough! It's quick, it's clean, it's exciting and the fans have a great time. The AWA is true family sports entertainment. Our massive national TV exposure provides you with a tremendous base of who are known for their loyalty and support. Over 35,000 attended SuperClash in Chicago. More than 20,000 witnessed WrestleRock at the Metrodome in Minneapolis. AWA fans like what they see — and they always come back for more.

### ★ Outstanding Wrestling Talent

AWA wrestlers are well-known, highly respected and supported by fans throughout the world. Our formula is simple: AWA wrestlers are well trained, highly skilled and experienced on a major level of competition. This insures fans first class matches and you a first class event.

Our wrestlers aren't just showmen — they're highly skilled professional athletes. They bring to each match an intensity and desire to give their individual best. Each is striving to improve his position for a shot at the most prestigious title in all of sports... the AWA World's Heavyweight Championship.

The AWA will guarantee you the top talent available for your event. We produce what we promise. Our highly visible, first class wrestling professionals have been involved in motion pictures, commercial endorsements, fund raising efforts and speaking engagements for decades. They are a top-notch team of professionals who are willing to go all out to help increase sales and guarantee profitable returns on your investment.

### ★ International Network — We Know The Territory

The AWA promotes events in hundreds of cities, all over the world, each and every year. Our territory includes the entire North American continent with foreign tours a regular fare for AWA wrestlers. Our international reputation also brings an exchange of top wrestling talent from Japan, Germany, England, Canada, France and elsewhere to the AWA.

### ★ Reputation: The Major League Of Professional Wrestling

The AWA's reputation and visibility tops all wrestling organizations. We've been promoting pro wrestling around the globe longer and more successfully than any wrestling organization. We've been around, we're here to stay. We have earned our reputation as "the major league of professional wrestling."

To maintain our standards and consistency of product all of our television and live events are produced by our own team of top notch professional technicians, directors, announcers, promotion specialists and bookers.

This extensive experience means we'll be there for you. All the time, every time.

---

**ALL STAR WRESTLING**
**THE MAJOR LEAGUE OF PROFESSIONAL WRESTLING**

I would like more information on the American Wrestling Association.

Organization _____
Name _____ Title _____
Address _____
City _____ State _____ Zip _____
Telephone _____

PATENT, TRADEMARK
COPYRIGHT, ADVERTISING
FRANCHISE AND
UNFAIR COMPETITION LAW



# KINNEY & LANGE


A PROFESSIONAL ASSOCIATION

TELEX 9103805042
FACSIMILE (612) 339-6580

SUITE 1500
625 FOURTH AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55415-1659
(612) 339-1863

September 23, 1992

The Assistant Secretary and
   Commissioner of Patents and Trademarks
U.S. Patent and Trademark Office
Washington, D.C. 20231

   Re: U.S. Service Mark Registration
     Registrant: Squared Circle Ventures, Inc.
     Reg. No. : 1,410,887
     Registered: September 23, 1986
     For  : AMERICAN WRESTLING ASSOCIATION
     Our File : S633.22-0003

Sir:

  Enclosed for filing are the following:

1. Check for $200.
2. Executed Declaration Under Sections 8 and 15.
3. One (1) specimen showing the mark as presently used.

  The Commissioner is hereby authorized to charge payment of any additional fees associated with this communication or credit any overpayment to Deposit Account 11-0982. A duplicate copy of this communication is enclosed.

          Yours very truly,

          Jo M. Fairbairn

JMF:caw
Encls.



SERVICE MARK

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Squared Circle Ventures, Inc. | ) ) ) |
| Filed   : | Herewith | ) ) |
| Mark    : | AMERICAN WRESTLING ASSOCIATION | ) ) ) |
| Docket No: | S633.22-0003 | ) ) |

EXPRESS MAIL Mailing Label Number: RB631935271US
Date of Deposit: **September 23, 1992**

I hereby certify that the following paper(s) and/or fee(s) are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on September 23, 1992 and are addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

1. Check for $200
2. Letter to the Commissioner
3. Executed Combined Declaration under Sections 8 and 15
4. One specimen

Respectfully submitted,

SQUARED CIRCLE VENTURES, INC.

By: _Jo M. Fairbairn_
Jo M. Fairbairn
Kinney & Lange, P.A.
Suite 1500
625 Fourth Avenue South
Minneapolis, MN 55415-1659
Telephone: (612) 339-1863

JMF:caw

25876

```
1031-000   S633-220003 FILING SECTION 8 & 15                    200.00
6700-025                                                        200.00
6700-099                                                       -200.00
CHECK# 25876  JFCW                       STUB TOTAL          $200.00*
```



**KINNEY & LANGE**
A PROFESSIONAL ASSOCIATION

SUITE 1500
625 FOURTH AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55415-1659
(612) 339-1863

FIRST BANKS MINNEAPOLIS
FIRST BANK PLACE EAST
MINNEAPOLIS, MN  55480
17-2-910

25876

25876

TWO HUNDRED ------------------------------------------------------------ AND NO/100 DOLLARS

DATE        AMOUNT
09-23-92    $200.00*

PAY TO THE ORDER OF

COMMISSIONER OF PATENT
AND TRADEMARKS



⑈025876⑈ ⑉091000022⑈: 60234418 24⑈

Receipt is hereby acknowledged by the Patent & Trademark Office of the following:

Check for $200
Letter to the Commissioner
Executed Combined Declaration under Sections 8 & 15
One specimen

in the service mark registration of Squared Circle Ventures, Inc., reg. no. 1,410,887, registered September 23, 1986 for AMERICAN WRESTLING ASSOCIATION

JMF:caw
S633.22-0003

9/23/92



SERVICE MARK

UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Squared Circle Ventures, Inc. | ) ) ) |
| Filed | : Herewith | ) ) |
| Mark | : AMERICAN WRESTLING ASSOCIATION | ) ) ) |
| Docket No: | S633.22-0003 | ) ) |

EXPRESS MAIL Mailing Label Number: RB631935271US
Date of Deposit: **September 23, 1992**

I hereby certify that the following paper(s) and/or fee(s) are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on September 23, 1992 and are addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

1. Check for $200
2. Letter to the Commissioner
3. Executed Combined Declaration under Sections 8 and 15
4. One specimen

Respectfully submitted,

SQUARED CIRCLE VENTURES, INC.

By: _Jo M. Fairbairn_
Jo M. Fairbairn
Kinney & Lange, P.A.
Suite 1500
625 Fourth Avenue South
Minneapolis, MN  55415-1659
Telephone: (612) 339-1863

JMF:caw



PATENT, TRADEMARK
COPYRIGHT, ADVERTISING
FRANCHISE AND
UNFAIR COMPETITION LAW



# KINNEY
# & LANGE

A PROFESSIONAL ASSOCIATION

TELEX 9103805042
FACSIMILE (612) 339-6580

SUITE 1500
625 FOURTH AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55415-1659
(612) 339-1863

September 23, 1992

The Assistant Secretary and
   Commissioner of Patents and Trademarks
U.S. Patent and Trademark Office
Washington, D.C. 20231

    Re: U.S. Service Mark Registration
      Registrant: Squared Circle Ventures, Inc.
      Reg. No.   : 1,410,887
      Registered: September 23, 1986
      For        : AMERICAN WRESTLING ASSOCIATION
      Our File   : S633.22-0003

Sir:

  Enclosed for filing are the following:

1. Check for $200.
2. Executed Declaration Under Sections 8 and 15.
3. One (1) specimen showing the mark as presently used.

  The Commissioner is hereby authorized to charge payment of any additional fees associated with this communication or credit any overpayment to Deposit Account 11-0982. A duplicate copy of this communication is enclosed.

          Yours very truly,

          Jo M. Fairbairn

JMF:caw
Encls.



### Promotional Support

The American Wrestling Association (AWA) is a name you can trust to provide strong promotional support. For over 35 years the AWA has been known internationally as the premiere wrestling organization. In support of your "live" event we will provide posters, press releases, tv/radio interviews and national exposure of your event on our weekly television show for several weeks prior to the engagement. In addition, we provide you with top name talent at affordable prices. Should you need someone to come in for personal appearances prior to the event.

### Join Forces With The AWA

The AWA provides custom services designed to meet your needs. Wrestlers from our organization attract fans from all over the world. You'll find the AWA offers a sparkling combination of easily identified international athletes and a proven track record of profit making ventures.

Make the AWA a major part of your next event, fair or season. Whether it is endorsing a product or a promotion at your fair, park, convention or event, our talent will be there for you.

For more information, please telephone the American Wrestling Association at (612) 545-2822 or return the attached reply card.

American Wrestling Association
10001 Wayzata Boulevard
Minneapolis, Minnesota 55343
(612) 545-9376

American Wrestling Association
10001 Wayzata Boulevard
Minneapolis, Minnesota 55343

PLACE STAMP HERE



## Will Make Your Event A Smashing Success!



# AWA WRESTLING
## SPORTS ENTERTAINMENT FOR THE ENTIRE FAMILY

### ★ A Turn-key Event: Second To None

You want an event that's going to be successful and make money. The AWA brings you a first class, highly professional, self-contained event. Our total package includes talent, transportation, accommodations, TV/radio promotion, ring/crew, referees, officials and announcer — everything necessary to run a top notch "live" sporting event.

### ★ We Bring You An Audience

Professional wrestling is tremendous family sports entertainment. The AWA can now be used as a major attraction for your fair, park, convention or promotion. Wrestling's popularity is at an all-time high. AWA fans range in age from 3 to 93! Millions of fans watch AWA ALL STAR WRESTLING on ESPN and our syndication system of national TV each and every week. Adults love it. Children are fascinated by it. You can profit from it!!!

AWA ALL STAR WRESTLING can be seen on national TV as many as five days per week. The fans can't seem to get enough! It's quick, it's clean, it's exciting and the fans have a great time. The AWA is true family sports entertainment. Our massive national TV exposure provides you with a tremendous base of fans who are known for their loyalty and support. Over 35,000 attended SuperClash in Chicago. More than 20,000 witnessed WrestleRock at the Metrodome in Minneapolis. AWA fans like what they see —and they always come back for more.

### ★ Outstanding Wrestling Talent

AWA wrestlers are well-known, highly respected and supported by fans throughout the world. Our formula is simple: AWA wrestlers are well trained, highly skilled and experienced on a major level of competition. This insures fans first class matches and you a first class event.

Our wrestlers aren't just showmen — they're highly skilled professional athletes. They bring to each match an intensity and desire to give their individual best. Each is striving to improve his position for a shot at the most prestigious title in all of sports... the AWA World's Heavyweight Championship.

The AWA will guarantee you the top talent available for your event. We produce what we promise. Our highly visible, first class wrestling professionals have been involved in motion pictures, commercial endorsements, fund raising efforts and speaking engagements for decades. They are a top-notch team of professionals who are willing to go all out to help increase sales and guarantee profitable returns on your investment.

### ★ International Network — We Know The Territory

The AWA promotes events in hundreds of cities, all over the world, each and every year. Our territory includes the entire North American continent with foreign tours a regular fare for AWA wrestlers. Our international reputation also brings an exchange of top wrestling talent from Japan, Germany, England, Canada, France and elsewhere to the AWA.

### ★ Reputation: The Major League Of Professional Wrestling

The AWA's reputation and visibility tops all wrestling organizations. We've been promoting pro wrestling around the globe longer and more successfully than any wrestling organization. We've been around, we're here to stay. We have earned our reputation as "the major league of professional wrestling."

To maintain our standards and consistency of product all of our television and live events are produced by our own team of top notch professional technicians, directors, announcers, promotion specialists and bookers.

This extensive experience means we'll be there for you. All the time, every time.

---

**ALL STAR WRESTLING**
THE MAJOR LEAGUE OF PROFESSIONAL WRESTLING

I would like more information on the American Wrestling Association.

Organization _____
Name _____ Title _____
Address _____
City _____ State _____ Zip ____
Telephone _____