# Exhibit 5



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO.   1401633        SERIAL NO. 73/570251          PAPER NO.
                                                        MAILING DATE: 10/21/92

MARK: AWA

REGISTRANT:  SQUARED CIRCLE VENTURES, INC.

CORRESPONDENCE ADDRESS:
  JO M. FAIRBAIRN
  KINNEY & LANGE
  SUITE 1500
  625 FOURTH AVENUE SOUTH
  MINNEAPOLIS, MN 55415

Please furnish the following
in all correspondence:

1.  Your phone number and zip code.
2.  Mailing date of this action.
3.  Affidavit-Renewal Examiner's name.
4.  The address of all correspondence
    not containing fees should include
    the words "Box 5".
5.  Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.


                    PATRICIA ANN EVERETT
                    AFFIDAVIT-RENEWAL EXAMINER
                    TRADEMARK EXAMINING OPERATION
                    (703) 308-9500  EXT. 42



200.374 / TM

#3

MAIL ROOM
JUL 15 1992
24
PAT. & TRADEMARK OFF.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

COMBINED DECLARATION UNDER SECTIONS 8 AND 15

PRINCIPAL REGISTER          #3

```
Mark      : AWA
Reg. No.  : 1,401,633
Int. Class: 41
```

To the Assistant Secretary and
    Commissioner of Patents and Trademarks:

Squared Circle Ventures, Inc.

A corporation of the State of Minnesota

Business Address:

Suite 200
10001 Wayzata Boulevard
Minneapolis, Minnesota 55343

The undersigned, Verne Gagne, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 to Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of this document, declares that he is properly authorized to execute this document on behalf of the registrant, he believes the registrant to be the owner of the above-identified registration; the service mark is in use in commerce; and all statements made of his own knowledge are true and all statements made on information and belief are believed to be true. The undersigned further states that Squared Circle Ventures, Inc. owns the above-identified registration issued July 15, 1986, as shown by records in the Patent and Trademark Office; that the mark shown therein has been in continuous use in interstate commerce for five consecutive years from the date of the registration or the date of publication under section 12(c) to the present, on or in connection with those goods and services specified in the registration; that such mark is still in use as evidenced by the specimen included showing the mark as currently

used; that there has been no final decision adverse to registrant's claim of ownership of such mark for such goods or services, or to registrant's right to register the same or to keep the same on the Register; that there is no proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts; and that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

Registrant hereby appoints Nickolas E. Westman, David R. Fairbairn, Wayne A. Sivertson, Jo M. Fairbairn, Z. Peter Sawicki, James L. Young, Theodore F. Neils, Norman P. Friederichs, Charles J. Ungemach, Vytas M. Rimas, Thomas J. Stueber, Joseph R. Kelly, Jennifer F. Becker, Judson K. Champlin, Thomas A. Rendos, Emery L. Tracy, Julie E. Keller, Deirdre A. Megley, Kevin B. Sullivan, Robert M. Angus, Janal M. Kalis, Paul S. Grunzweig, John M. Weyrauch, Michael L. Traino, Jeffrey D. Shewchuk, and Steven M. Koehler, all members of the Bar of the State of Minnesota, whose address is KINNEY & LANGE, P.A., Suite 1500, 625 Fourth Avenue South, Minneapolis, Minnesota 55415 telephone number (612) 339-1863, to prosecute this declaration and to transact all business in the Patent and Trademark Office in connection therewith.

Please address all communications to: Jo M. Fairbairn.

KINNEY & LANGE, P.A.
Suite 1500
625 Fourth Avenue South
Minneapolis, Minnesota 55415

SQUARED CIRCLE VENTURES, INC.

By: _Verne Gagne_
Verne Gagne
President

Date: _7/7/92_



PATENT, TRADEMARK
COPYRIGHT, ADVERTISING
FRANCHISE AND
UNFAIR COMPETITION LAW

# KINNEY
# & LANGE

A PROFESSIONAL ASSOCIATION

TELEX 9103805042
FACSIMILE (612) 339-6580

SUITE 1500
625 FOURTH AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55415-1659
(612) 339-1863

July 15, 1992

The Assistant Secretary and
Commissioner of Patents and Trademarks
U.S. Patent and Trademark Office
Washington, D.C. 20231

<pre>
          Re:  U.S. Service Mark Registration
               Registrant:  Squared Circle Ventures, Inc.
               Reg. No.  :  1,401,633
               Registered:  July 15, 1986
               For       :  AWA
               Our File  :  S633.22-0005
</pre>

Sir:

Enclosed for filing are the following:

1. Check for $200.
2. Executed Declaration Under Sections 8 and 15.
3. One (1) facsimile showing the mark as presently used.

The Commissioner is hereby authorized to charge payment of any additional fees associated with this communication or credit any overpayment to Deposit Account 11-0982. A duplicate copy of this communication is enclosed.

Also enclosed is a copy of an Assignment which is simultaneously being filed with the Assignment Branch.

Yours very truly,

Jo M. Fairbain

Jo M. Fairbairn

JMF:caw
Encls.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:  Squared Circle Ventures, Inc)
                                        )
Filed   :  Herewith                     )
                                        )
Mark    :  AWA                          )
                                        )
Paper(s) :  Check for $200, Executed    )
            Declaration under Sections  )
            8 and 15, one facsimile     )
                                        )
Docket No:  S633.22-0005                )

---

EXPRESS MAIL Mailing Label Number: RB631935590US
Date of Deposit: **July 15, 1992**


        I hereby certify that this paper or fee is being
deposited with the United States Postal Service "Express Mail Post
Office to Addressee" service under 37 CFR 1.10 on the date
indicated above and is addressed to the Commissioner of Patents and
Trademarks, Washington, D.C. 20231.

                Respectfully submitted,

                SQUARED CIRCLE VENTURES, INC.


        By: Jo M. Fairbairn
            Jo M. Fairbairn
            Kinney & Lange, P.A.
            Suite 1500
            625 Fourth Avenue South
            Minneapolis, MN  55415-1659
            Telephone:  (612) 339-1863

JMF:caw



# AMERICAN WRESTLING ASSOCIATION

PROMOTED WORLDWIDE BY
## MINNEAPOLIS BOXING & WRESTLING CLUB, INC.
10001 WAYZATA BOULEVARD • SUITE 200 • MINNEAPOLIS, MN 55343
TELEPHONE (612) 545-2822   FAX (612) 545-4107



MAIL ROOM
JUL
15
1992
PAT. & TRADEMARK OFF.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Squared Circle Ventures, Inc) | |
| | | ) |
| Filed : | Herewith | ) |
| | | ) |
| Mark : | AWA | ) |
| | | ) |
| Paper(s) : | Check for $200, Executed | ) |
| | Declaration under Sections | ) |
| | 8 and 15, one facsimile | ) |
| | | ) |
| Docket No: | S633.22-0005 | ) |

EXPRESS MAIL Mailing Label Number: RB631935590US
Date of Deposit: **July 15, 1992**

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Respectfully submitted,

SQUARED CIRCLE VENTURES, INC.

By: _Jo M. Fairbairn_
Jo M. Fairbairn
Kinney & Lange, P.A.
Suite 1500
625 Fourth Avenue South
Minneapolis, MN  55415-1659
Telephone: (612) 339-1863

JMF:caw

PATENT, TRADEMARK
COPYRIGHT, ADVERTISING
FRANCHISE AND
UNFAIR COMPETITION LAW



# KINNEY & LANGE

A PROFESSIONAL ASSOCIATION

TELEX 9103805042
FACSIMILE (612) 339-6580

SUITE 1500
625 FOURTH AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55415-1659
(612) 339-1863

July 15, 1992

The Assistant Secretary and
    Commissioner of Patents and Trademarks
U.S. Patent and Trademark Office
Washington, D.C. 20231

        Re:  U.S. Service Mark Registration
            Registrant: Squared Circle Ventures, Inc.
            Reg. No.  :  1,401,633
            Registered: July 15, 1986
            For      :  AWA
            Our File  :  S633.22-0005

Sir:

      Enclosed for filing are the following:

      1.  Check for $200.
      2.  Executed Declaration Under Sections 8 and 15.
      3.  One (1) facsimile showing the mark as presently used.

      The Commissioner is hereby authorized to charge payment
of any additional fees associated with this communication or credit
any overpayment to Deposit Account 11-0982. A duplicate copy of
this communication is enclosed.

      Also enclosed is a copy of an Assignment which is
simultaneously being filed with the Assignment Branch.

      Yours very truly,

Jo M. Fairbairn

JMF:caw
Encls.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

COMBINED DECLARATION UNDER SECTIONS 8 AND 15

PRINCIPAL REGISTER

```
Mark       :  AWA
Reg. No.   :  1,401,633
Int. Class:  41
```

To the Assistant Secretary and
    Commissioner of Patents and Trademarks:

    Squared Circle Ventures, Inc.

    A corporation of the State of Minnesota

    Business Address:

    Suite 200
    10001 Wayzata Boulevard
    Minneapolis, Minnesota 55343

    The undersigned, Verne Gagne, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 to Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of this document, declares that he is properly authorized to execute this document on behalf of the registrant, he believes the registrant to be the owner of the above-identified registration; the service mark is in use in commerce; and all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.  The undersigned further states that Squared Circle Ventures, Inc. owns the above-identified registration issued July 15, 1986, as shown by records in the Patent and Trademark Office; that the mark shown therein has been in continuous use in interstate commerce for five consecutive years from the date of the registration or the date of publication under section 12(c) to the present, on or in connection with those goods and services specified in the registration; that such mark is still in use as evidenced by the specimen included showing the mark as currently

used; that there has been no final decision adverse to registrant's claim of ownership of such mark for such goods or services, or to registrant's right to register the same or to keep the same on the Register; that there is no proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts; and that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

Registrant hereby appoints Nickolas E. Westman, David R. Fairbairn, Wayne A. Sivertson, Jo M. Fairbairn, Z. Peter Sawicki, James L. Young, Theodore F. Neils, Norman P. Friederichs, Charles J. Ungemach, Vytas M. Rimas, Thomas J. Stueber, Joseph R. Kelly, Jennifer F. Becker, Judson K. Champlin, Thomas A. Rendos, Emery L. Tracy, Julie E. Keller, Deirdre A. Megley, Kevin B. Sullivan, Robert M. Angus, Janal M. Kalis, Paul S. Grunzweig, John M. Weyrauch, Michael L. Traino, Jeffrey D. Shewchuk, and Steven M. Koehler, all members of the Bar of the State of Minnesota, whose address is KINNEY & LANGE, P.A., Suite 1500, 625 Fourth Avenue South, Minneapolis, Minnesota 55415 telephone number (612) 339-1863, to prosecute this declaration and to transact all business in the Patent and Trademark Office in connection therewith.

Please address all communications to: <u>Jo M. Fairbairn</u>.

KINNEY & LANGE, P.A.
Suite 1500
625 Fourth Avenue South
Minneapolis, Minnesota 55415

SQUARED CIRCLE VENTURES, INC.

By: _____
Verne Gagne
President

Date: ___7/7/92___



# AMERICAN WRESTLING ASSOCIATION

PROMOTED WORLDWIDE BY
## MINNEAPOLIS BOXING & WRESTLING CLUB, INC.

10001 WAYZATA BOULEVARD • SUITE 200 • MINNEAPOLIS, MN 55343
TELEPHONE (612) 545-2822   FAX (612) 545-4107