# Exhibit 7

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Minneapolis Boxing & Wrestling
Club, Inc., d/b/a American
Wrestling Association,

  Plaintiff,

v.

DRE Promotions, Inc. and
Dale R. Gagner,

  Defendants.

CIVIL 4-90-297

O R D E R

- - - - - - - - - - - - - - - - - - - - - - - - - -

Vytas M. Rimas, Jo M. Fairbairn, David R. Fairbairn, Kinney &
 Lange, Suite 1500, 625 Fourth Avenue South, Minneapolis,
 MN 55415-1659, for plaintiff.

DRE Promotions, Inc., 7850 142nd Street West, Apple Valley,
 MN 55124, pro se.

Dale R. Gagner, 502 Southwest Second Avenue, Grand Rapids, MN
 55744-3828.

- - - - - - - - - - - - - - - - - - - - - - - - - -

This matter is before the Court on plaintiff's motion for entry of permanent injunction. Plaintiff asks the Court to make permanent the temporary injunction entered on May 15, 1990. Because defendants have not opposed the motion, and because the Court deems it an appropriate disposition of this case, the Court will grant plaintiff's motion.



FILED JUN 16 1992
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D JUN 16 1992
DEPUTY CLERK'S INITIALS

Accordingly, based on all the files, records and proceedings herein,

IT IS ORDERED that:

2. the May 15, 1990 injunction is made permanent;

2. the bond submitted by plaintiff on April 27, 1990 is released and discharged;

3. judgment is entered for plaintiff on the merits; and

4. no costs, attorneys' fees, interest or disbursements are awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                    _____
                                    Judge Harry H. MacLaughlin
                                    United States District Court

DATED: June 16, 1992