# Exhibit 8
# —Part 1 of 3—

