≈AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

World Wrestling Entertainment, Inc.,
WWE Libraries, Inc.

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 07-2058 ADM/JSM

AWA Wrestling Entertainment, Inc.,
Dale R Gagner

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' Motion for Summary Judgment [Docket No. 59] is **GRANTED**;
2. Gagner and his partners, associates, agents, representatives, servants, employees, successor and assigns, and all others acting in concert therewith or having knowledge thereof are permanently prohibited and enjoined from infringing on any of the AWA marks or Plaintiffs' rights therein, including, but not limited to, in any way, using, exploiting, or trading on the AWA marks or any derivations or colorable imitations thereof;
3. Gagner and his partners, associates, agents, representatives, servants, employees, successor and assigns, and all others acting in concert therewith or having knowledge thereof are permanently prohibited and enjoined from registering, using, owning, holding in any way, or trafficking in the www.awastars.com and www.myspace.com/awastars domain names or any other domain names that are identical or confusingly similar to the AWA marks;
4. Gagner shall forthwith advise all domain name registrars he has previously or currently employed of this Order and instruct them to take all actions necessary to stop the functioning of the domain names listed in paragraph 3 and shall instruct all such domain name registrars to cooperate in the transfer of such domain names to Plaintiffs as specified in paragraph 5 below;
5. Gagner shall transfer to Plaintiffs within three days the ownership of the domain names listed in paragraph 3; and
6. Gagner shall, within ten days from the date of this Order, file a report with the Court and provide a copy to Plaintiffs, setting forth the manner in which he has complied with the terms of this Order.

This case is closed.

|       December 18, 2008       |   RICHARD D. SLETTEN, CLERK   |
|-------------------------------|-------------------------------|
| Date                          |                               |
|                               |   s/LP Holden                 |
|                               | (By)   LP Holden, Deputy Clerk |

Form Modified: 09/16/04