UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC. and WWE PROPERTIES INTERNATIONAL, INC. (as successor in interest to WWE LIBRARIES, INC.)<br><br>Plaintiffs,<br><br>v.<br><br>AWA WRESTLING ENTERTAINMENT, INC., and DALE R. GAGNER, an individual, a/k/a DALE R. GAGNE, a/k/a DALE GAGNE<br><br>Defendants. | Civil Action No. 0:07-cv-02058 ADM/JSM<br><br>**MOTION FOR A RULE TO SHOW CAUSE** |

Plaintiffs World Wrestling Entertainment, Inc. and WWE Properties International, Inc. ("WWE International"), as successor in interest to WWE Libraries, Inc. ("WWE Libraries") (collectively "WWE"),[1] by and through their undersigned counsel, respectfully move for a rule to show cause why Defendant Dale R. Gagner ("Gagner") should not be held in civil contempt due to his continuing violation of this Court's December 18, 2008 Final Judgment permanently enjoining Gagner from, among other things, using WWE's AWA and AMERICAN WRESTLING ASSOCIATION marks or any colorable imitations thereof (Docket No. 75) (the "Permanent Injunction").

---

[1] Effective August 30, 2011, WWE Libraries was merged into WWE International. As a result of this merger, WWE International acquired from WWE Libraries all of its marks and the common law rights and goodwill associated therewith, including those marks at issue here.

As a result of Gagner's violation of the Permanent Injunction, Gagner should be ordered to pay (1) WWE's attorneys' fees incurred in bringing this motion and (2) a fine in an amount that is no less than the profits Gagner has obtained through his violation of the Permanent Injunction.  In addition, WWE respectfully requests the Court include in its Order the imposition of a prospective fine for any future violation of the Permanent Injunction by Gagner in an amount equivalent to the attorneys' fees WWE would incur in bringing a Motion for Rule to Show Cause why Gagner should not be held in civil contempt for that violation.

WHEREFORE, for the reasons set forth in the Memorandum of Law contemporaneously filed in support of this Motion, Plaintiffs World Wrestling Entertainment, Inc. and WWE Properties International, Inc. respectfully request that this Motion be granted.

Dated: October 11, 2018            By: */s/ Robert D. Brownson*
                                   Robert D. Brownson (#12245)

                                   K&L GATES, LLP
                                   Jerry S. McDevitt (*admitted pro hac vice*)
                                   Curtis B. Krasik (*admitted pro hac vice*)
                                   Christopher M. Verdini (*admitted pro hac vice*)
                                   K&L Gates Center
                                   210 Sixth Avenue
                                   Pittsburg, PA 15222
                                   Telephone: (412)355-6500
                                   Facsimile (412)355-6501
                                   Jerry.McDevitt@klgates.com
                                   Curtis.Krasik@klgates.com
                                   Christopher.Verdini@klgates.com

BROWNSON NORBY, PLLC
Robert D. Brownson (#12245)
Olivia M. Cooper (#0398322)
4800 Capella Tower
225 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 332-4020
Facsimile: (612) 332-4025
Rbrownson@BrownsonNorby.com
Ocooper@BrownsonNorby.com

*Attorneys for Plaintiffs*
*World Wrestling Entertainment, Inc. and*
*WWE Properties International, Inc.*