# Exhibit 1

*State of Delaware*
*Secretary of State*
*Division of Corporations*
`livered 05:29 PM 08/30/2011
 FILED 07:38 PM 08/30/2011
 SRV 110966541 - 4341045 FILE

## STATE OF DELAWARE
## CERTIFICATE OF MERGER OF
## DOMESTIC CORPORATIONS

Pursuant to Title 8, Section 251(c) of the Delaware General Corporation Law, the undersigned corporation executed the following Certificate of Merger:

FIRST: The name of the surviving corporation is WWE Properties International, Inc. _____, and the name of the corporation being merged into this surviving corporation is WWE Libraries, Inc.

SECOND: The Agreement of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations.

THIRD: The name of the surviving corporation is WWE Properties International, Inc., a Delaware corporation.

FOURTH: The Certificate of Incorporation of the surviving corporation shall be its Certificate of Incorporation.

FIFTH: The merger is to become effective on the date of filing this certificate

SIXTH: The Agreement of Merger is on file at 1241 East Main Street, Stamford, CT 06902 _____, the place of business of the surviving corporation.

SEVENTH: A copy of the Agreement of Merger will be furnished by the surviving corporation on request, without cost, to any stockholder of the constituent corporations.

IN WITNESS WHEREOF, said surviving corporation has caused this certificate to be signed by an authorized officer, the 26th day of August, A.D., 2011.

By: _____
Authorized Officer

Name: James W. Langham
Print or Type

Title: SVP, Assistant General Counsel

# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"WWE LIBRARIES, INC.", A DELAWARE CORPORATION,

WITH AND INTO "WWE PROPERTIES INTERNATIONAL, INC." UNDER THE NAME OF "WWE PROPERTIES INTERNATIONAL, INC.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE THIRTIETH DAY OF AUGUST, A.D. 2011, AT 7:38 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

4341045  8100M

110966541

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 9001793

DATE: 08-31-11