# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

# MOTION HEARING

| | |
|---|---|
| World Wrestling Entertainment, et al., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Kate Menendez |
| v. | U.S. Magistrate Judge |
| AWA Wrestling Entertainment, et al, | |
| Defendants. | |

| | |
|---|---|
| Case No: | 07-cv-2058-ADM-KMM |
| Date: | November 15, 2018 |
| Location: | Courtroom 8E (Mpls) |
| Digital Recording: | 11/15/18 (9:10 – 9:30) |
| Time Commenced: | 9:10 AM |
| Time Concluded: | 9:30 AM |
| Time in Court: | 20 Minutes |

**APPEARANCES:**

For Plaintiffs:   Christopher M Verdini, Curtis B Krasik, Olivia Moreland Cooper, Robert D Brownson

For Defendant
Dale R. Gagner:   No appearance

**HEARING ON:**

(1) Plaintiff's Motion for a Rule to Show Cause (ECF No. 78)

**IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF:**

The Court went on the record at the hearing and noted Mr. Gagner's non-appearance. The Court discussed the relief sought by the plaintiffs' motion with their counsel. A written order will follow.

s/Brian Pousson
Signature of Law Clerk

1