## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

World Wrestling Entertainment, Inc., et al.,      Civil No. 07-2058 ADM/KMM

      Plaintiffs,

v.                                        **ORDER OF REFERENCE**

AWA Wrestling Entertainment, Inc., et al,

      Defendants.

_____

      IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(A), (B) and (C), Plaintiffs' Motion for a Rule to Show Cause [Doc. No. 78] is referred to Magistrate Judge Kate M. Menendez.

Dated:  November 15, 2018

                                                   s/Ann D. Montgomery
                                                  Ann D. Montgomery
                                                  United States District Judge