UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC. and WWE PROPERTIES INTERNATIONAL, INC. (as successor in interest to WWE LIBRARIES, INC.), <br><br> Plaintiffs, <br><br> v. <br><br> AWA WRESTLING ENTERTAINMENT, INC., and DALE R. GAGNER, an individual, a/k/a DALE R. GAGNE, a/k/a DALE GAGNE, <br><br> Defendants. | Civil Action No. 0:07-cv-02058 ADM/KMM |

## <u>DECLARATION OF CHRISTOPHER M. VERDINI</u>

I, Christopher M. Verdini, declare as follows:

1.      I make this declaration of my own personal knowledge, and, if called upon as a witness to testify about the contents of this Declaration, I could and would do so competently.

2.      I am an attorney and partner at K&L Gates LLP and counsel for Plaintiffs World Wrestling Entertainment, Inc. and WWE Properties International, Inc. (collectively, "WWE") in this matter.

3.      I submit this declaration in support of WWE's request that the Court order Defendant Dale R. Gagner ("Gagner") to pay the reasonable attorneys' fees WWE incurred in connection with its Motion for Rule to Show Cause why Gagner should not

be held in civil contempt due to his continuing violation of this Court's December 18, 2008 Final Judgment (Docket No. 75) (the "Motion").

4.    The K&L Gates LLP professionals who principally worked on WWE's Motion were partners, Curtis B. Krasik and me, along with associate Anna Shabalov, and paralegal Rachael Sobolak.

5.    K&L Gates LLP has been WWE's primary outside counsel for nearly thirty (30) years and K&L Gates LLP partner Jerry S. McDevitt has represented WWE in nearly every significant lawsuit to which WWE has been a party during that time, including multiple jury and bench trials.

6.    Mr. Krasik is a partner at K&L Gates LLP resident in the firm's Pittsburgh, Pennsylvania office.  Mr. Krasik graduated from the University of Michigan in 1994 and the University of Pennsylvania Law School in 1997.  With Mr. McDevitt, Mr. Krasik has represented WWE for over twenty (20) years in lawsuits throughout the United States.

7.    I am a partner at K&L Gates LLP resident in the firm's Pittsburgh, Pennsylvania office.  I graduated from Harvard University in 2001 and Emory University School of Law in 2004.  With Mr. Krasik, I have represented WWE in intellectual property disputes for over ten (10) years.

8.    Ms. Shabalov is an associate at K&L Gates LLP resident in the firm's Pittsburgh, Pennsylvania office.  Ms. Shabalov graduated from Harvard University in 2010 and Yale Law School in 2013.  Ms. Shabalov has worked on WWE matters since joining K&L Gates LLP in 2014 and focuses her practice on intellectual property matters.

9.     As WWE's primary outside counsel, K&L Gates LLP has gained unique and extensive knowledge of WWE's business and practices including, as particularly pertinent here, WWE's intellectual property portfolio and historical acquisitions of third-party intellectual property.  Given K&L Gates LLP's long-standing relationship with WWE and its familiarity with WWE's business and practices, K&L Gates LLP was able to handle this matter more effectively and efficiently.

10.     K&L Gates LLP has been counsel for WWE since it filed the original complaint in this case in February 2007.

11.     The legal invoices attached as Exhibit 1 hereto are true and accurate copies of invoices sent to WWE that have been redacted to reflect only the time K&L Gates LLP billed in connection with preparing and filing WWE's Motion for which WWE seeks reimbursement.  As such, the invoices do not reflect (i) all of the time K&L Gates LLP billed WWE for preparing and filing WWE's Motion; (ii) the time co-counsel, Brownson Norby, billed WWE for preparing and filing WWE's Motion; (iii) any time or expenses, including travel, billed to WWE for K&L Gates LLP's and Brownson Norby's preparation for and attendance at the November 15, 2018 hearing on WWE's Motion; and (iv) any costs billed to WWE in preparing and filing the Motion, including, among other things, electronic research charges (e.g., Westlaw) and costs incurred in attempting to serve Mr. Gagner with the Motion.  Any information that is not related to the fees for which WWE seeks reimbursement has been redacted.  The invoices reflect the contemporaneous time entries made by K&L Gates LLP timekeepers for the services rendered on each day.

12.    A summary of the fees charged by K&L Gates LLP for which WWE seeks reimbursement is attached hereto as Exhibit 2.

13.    Based on my personal review of the invoices and my active participation in this matter, the time spent by K&L Gates LLP in connection with WWE's Motion for which WWE seeks reimbursement was reasonable for the services provided.

14.    Based on my knowledge and experience in this matter and similar matters, the hourly rates charged by K&L Gates LLP in this matter were reasonable for the services rendered.

15.    K&L Gates LLP billed WWE at its standard hourly rates for its professionals in connection with this Motion.  The hourly rates for the K&L Gates' professionals who worked on the Motion were as follows: (i) $680/hr. for Mr. Krasik; (ii) $595/hr. for Mr. Verdini; (iii) $365/hr. for Ms. Shabalov; and (iv) $295/hr. for Ms. Sobolak.

16.    Attached hereto as Exhibit 3 are excerpts from the 2017 American Intellectual Property Law Association Report of the Economic Survey ("2017 AIPLA Report") which reflect (i) the average hourly rates for partners and associates who specialize in intellectual property work and are employed by firms the size of K&L Gates, and (ii) the average hourly rates for partners and associates who specialize in intellectual property work at firms in the Minneapolis/St. Paul metropolitan area.

17.    According to the hourly rates reported in the 2017 AIPLA Report, the hourly rates of the K&L Gates attorneys are below the average hourly rates for partners and associates who specialize in intellectual property work and are employed by firms the

size of K&L Gates.  The K&L Gates hourly rates also are between the 75th and 90th percentile of the average hourly rates for partners and associates who specialize in intellectual property work at firms in the Minneapolis/St. Paul metropolitan area.

18.    WWE seeks reimbursement of $14,375.50 in attorneys' fees incurred for services provided by K&L Gates LLP in connection with the Motion.  Based on my knowledge and experience in this matter and similar matters, the fees charged by K&L Gates LLP relating to the Motion were reasonable.

19.    WWE has reviewed and approved the invoices attached hereto as Exhibit 1 and has paid all such invoices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of December, 2018 in Pittsburgh, Pennsylvania.

/s/ Christopher M. Verdini

# Exhibit 1

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No. 25 0921018

| | | | |
|---|---|---|---|
| World Wrestling Entertainment, Inc. | Invoice Date | : | October 8, 2018 |
| Brian Nurse | Invoice Number | : | 3567072 |
| Senior Vice President, General Counsel & | Services Through | : | September 30, 2018 |
| Secretary | | | |
| 1241 East Main Street | | | |
| Stamford, CT 06902 | | | |

**0149511.09039    AWA / Dale Gagner**

K&L GATES

## **FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 09/27/18 | C. B. Krasik | 2.20 | Conference with C. Verdini and A. Shabalov regarding motion for contempt; telephone conference with C. Verdini and new local counsel regarding same; review case law for background for motion for contempt | 1,496.00 |
| 09/27/18 | A. Shabalov | 0.60 | Conference with C. Verdini and C. Krasik regarding D. Gagner motion for sanctions; review M. | 219.00 |

# K&L GATES

Invoice # 3567072
0149511.09039
Page 3 of 3

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | Gelerntner research on same | |
| 09/27/18 | C. M. Verdini | 2.00 | Review research regarding civil contempt standard in connection with D. Gagner violation of AWA permanent injunction; review D. Gagner social media web sites regarding same; conference with A. Shabalov and C. Krasik regarding same | 1,190.00 |
| 09/28/18 | R. C. Sobolak | 0.90 | Conduct internet research to download and obtain materials posted by D. Gagner on Facebook and WSL web site; respond to attorney requests regarding same | 265.50 |
| 10/02/18 | R. C. Sobolak | 0.60 | Conduct internet research to identify social media pages relevant to D. Gagner and capture posts relevant to AWA | 177.00 |

## TIMEKEEPER SUMMARY

| | |
|---|---|
| C. B. Krasik | $  680.00  / hr |
| A. Shabalov | $  365.00  / hr |
| R. C. Sobolak | $  295.00  / hr |
| C. M. Verdini | $  595.00  / hr |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No. 25 0921018

World Wrestling Entertainment, Inc.
Brian Nurse
Senior Vice President, General Counsel &
Secretary
1241 East Main Street
Stamford, CT 06902

| | | |
|---|---|---|
| Invoice Date | : | November 8, 2018 |
| Invoice Number | : | 3578762 |
| Services Through | : | October 31, 2018 |

**0149511.09039    AWA / Dale Gagner**

# K&L GATES

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/04/18 | A. Shabalov | 4.50 | Draft memorandum of law in support of motion for rule to show | 1,642.50 |
| 10/05/18 | A. Shabalov | 3.90 | Research and draft motion for rule to show cause and brief in support | 1,423.50 |
| 10/08/18 | C. B. Krasik | 2.50 | Revise draft brief in support of motion for order to show cause of civil contempt; conference with C. Verdini and A. Shabalov regarding comments to same | 1,700.00 |
| 10/08/18 | A. Shabalov | 5.00 | Conference with C. Verdini and C. Krasik to discuss motion for rule to show cause and brief drafts; revise same; draft and revise proposed order and declaration of C. Verdini; work with R. Sobolak to collect exhibits to declaration | 1,825.00 |
| 10/08/18 | C. M. Verdini | 2.60 | Review and edit motion for contempt and related documents; conference with C. Krasik and A. Shabalov regarding same | 1,547.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/09/18 | A. Shabalov | 1.70 | Research case law on prospective fines for contempt; revise and finalize motion for rule to show cause filings | 620.50 |
| 10/10/18 | C. M. Verdini | 2.10 | Review and finalize motion for civil contempt and related pleadings for filing; attempt to | 1,249.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | meet and conference with D. Gagner regarding same; draft meet and conference certification | |
| 10/11/18 | C. B. Krasik | 1.50 | Review final versions of court filings; telephone conference with C. Verdini regarding same; correspondence to C. Verdini and local counsel regarding same; correspondence with B. Nurse and L. Middlen regarding same | 1,020.00 |

K&L GATES

Invoice # 3578762
0149511.09039
Page 5 of 5

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|

### TIMEKEEPER SUMMARY

| | |
|--|--|
| C. B. Krasik | 680.00  / hr |
| A. Shabalov | 365.00  / hr |
| R. C. Sobolak | 295.00  / hr |
| C. M. Verdini | 595.00  / hr |

# Exhibit 2

**SUMMARY OF K&L GATES FEES CHARGED IN CONNECTION WITH THE MOTION FOR WHICH WWE SEEKS REIMBURSEMENT**

| Month | Invoice | Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Sept. 2018 | 3567072 | Rachael Sobolak | Paralegal | 1.5 | $295/hr. | $442.50 |
| Sept. 2018 | 3567072 | Anna Shabalov | Associate | 0.6 | $365/hr. | $219.00 |
| Sept. 2018 | 3567072 | Curtis Krasik | Partner | 2.2 | $680/hr. | $1496.00 |
| Sept. 2018 | 3567072 | Christopher Verdini | Partner | 2.0 | $595/hr. | $1190.00 |
| Oct. 2018 | 3578762 | Anna Shabalov | Associate | 15.1 | $365/hr. | $5511.50 |
| Oct. 2018 | 3578762 | Curtis Krasik | Partner | 4.0 | $680/hr. | $2720.00 |
| Oct. 2018 | 3578762 | Christopher Verdini | Partner | 4.7 | $595/hr. | $2796.50 |

| Attorney | Total Hours | Total Fees |
|---|---|---|
| Curtis Krasik | 6.2 | $4,216.00 |
| Christopher Verdini | 6.7 | $3,986.50 |
| Anna Shabalov | 15.7 | $5,730.50 |
| Rachael Sobolak | 1.5 | $442.50 |
| **TOTAL** | **30.1** | **$14,375.50** |

# Exhibit 3



**AIPLA**

# 2017 Report of the Economic Survey

Prepared Under Direction of
Law Practice Management Committee

**American Intellectual Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, Virginia 22202
www.aipla.org



**American Intellectual Property Law Association**
Serving America's Legal and Creative Community

# Report of the
# Economic Survey
# 2017

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

Donika P. Pentcheva, Chair
Frank L. Gerratana, Vice Chair

June 2017

Prepared by:



910 Clopper Road, Suite 210N ■ Gaithersburg, Maryland 20878
TEL: (240) 268-1262 ■ ARI@associationresearch.com

## Private Firm, Partner

**Average hourly billing rate in 2016 (Q30)**

*Private Firm, Partner*

| | | Average hourly billing rate in 2016 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 331 | $503 | $301 | $373 | $450 | $580 | $799 |
| Years of Intellectual Property Law Experience | 5-6 | 6 | $327 | ISD | $250 | $330 | $375 | ISD |
| | 7-9 | 11 | $382 | $256 | $300 | $350 | $445 | $690 |
| | 10-14 | 43 | $381 | $297 | $315 | $365 | $421 | $517 |
| | 15-24 | 131 | $498 | $321 | $375 | $450 | $600 | $750 |
| | 25-34 | 85 | $553 | $348 | $400 | $490 | $675 | $900 |
| | 35 or More | 55 | $575 | $348 | $420 | $525 | $700 | $962 |
| Location | Boston CMSA | 13 | $632 | $295 | $410 | $700 | $800 | $994 |
| | NYC CMSA | 26 | $582 | $386 | $433 | $540 | $705 | $930 |
| | Philadelphia CMSA | 13 | $578 | $328 | $450 | $550 | $738 | $884 |
| | Washington, DC CMSA | 52 | $535 | $346 | $400 | $470 | $681 | $818 |
| | Other East | 12 | $397 | $250 | $350 | $390 | $483 | $528 |
| | Metro Southeast | 12 | $481 | $268 | $365 | $438 | $510 | $950 |
| | Other Southeast | 12 | $384 | $305 | $341 | $363 | $424 | $525 |
| | Chicago CMSA | 24 | $562 | $380 | $453 | $522 | $640 | $895 |
| | Minne.-St. Paul PMSA | 13 | $484 | $280 | $358 | $425 | $598 | $763 |
| | Other Central | 70 | $398 | $290 | $320 | $378 | $446 | $593 |
| | Texas | 32 | $606 | $334 | $413 | $528 | $819 | $900 |
| | Los Angeles CMSA | 7 | $575 | ISD | $400 | $525 | $770 | ISD |
| | San Francisco CMSA | 13 | $634 | $401 | $478 | $525 | $798 | $1,022 |
| | Other West | 32 | $417 | $300 | $318 | $390 | $469 | $578 |
| IP Technical Specialization (>=50%) | Biotechnology | 19 | $551 | $285 | $370 | $420 | $750 | $950 |
| | Chemical | 28 | $433 | $299 | $350 | $420 | $500 | $630 |
| | Computer Hardware | 5 | $669 | ISD | $413 | $700 | $910 | ISD |
| | Computer Software | 33 | $493 | $309 | $353 | $450 | $535 | $783 |
| | Electrical | 25 | $518 | $318 | $350 | $450 | $673 | $840 |
| | Mechanical | 71 | $446 | $303 | $350 | $400 | $513 | $634 |
| | Medical/ Health Care | 15 | $450 | $298 | $380 | $400 | $550 | $564 |
| | Pharmaceutical | 9 | $786 | ISD | $500 | $900 | $1,025 | ISD |
| Age | Younger than 35 | 3 | $367 | ISD | ISD | $350 | ISD | ISD |
| | 35-39 | 22 | $354 | $250 | $300 | $348 | $405 | $457 |
| | 40-44 | 37 | $471 | $299 | $335 | $390 | $600 | $750 |
| | 45-49 | 52 | $474 | $300 | $350 | $423 | $528 | $791 |
| | 50-54 | 84 | $490 | $315 | $390 | $450 | $550 | $785 |
| | 55-59 | 52 | $535 | $344 | $389 | $478 | $593 | $900 |
| | 60 or Older | 79 | $573 | $373 | $420 | $525 | $700 | $950 |
| Gender | Male | 284 | $504 | $315 | $375 | $450 | $575 | $790 |
| | Female | 43 | $485 | $300 | $330 | $425 | $605 | $846 |
| Highest Non-Law Degree | Bachelor's Degree | 219 | $495 | $310 | $365 | $440 | $565 | $795 |
| | Master's Degree | 69 | $542 | $300 | $398 | $500 | $690 | $850 |
| | Doctorate Degree | 29 | $481 | $300 | $340 | $450 | $600 | $785 |
| Ethnicity | White/Caucasian | 293 | $503 | $300 | $374 | $450 | $578 | $800 |
| | Hispanic/Latino | 6 | $486 | ISD | $303 | $483 | $668 | ISD |
| | Asian/Pacific Islander | 14 | $533 | $300 | $393 | $505 | $620 | $848 |
| | Other | 5 | $516 | ISD | $333 | $375 | $770 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 33 | $380 | $250 | $300 | $350 | $410 | $530 |
| | 3-5 | 59 | $414 | $300 | $360 | $390 | $450 | $535 |
| | 6-10 | 46 | $446 | $300 | $350 | $425 | $531 | $604 |
| | 11-25 | 67 | $447 | $300 | $350 | $400 | $500 | $604 |
| | 26-50 | 38 | $517 | $314 | $418 | $495 | $568 | $754 |
| | 51-100 | 46 | $622 | $379 | $450 | $568 | $789 | $950 |
| | 101-150 | 18 | $634 | $401 | $475 | $615 | $756 | $853 |
| | More than 150 | 20 | $837 | $603 | $669 | $825 | $984 | $1,095 |

## Private Firm, Associate

### Average hourly billing rate in 2016 (Q30)

*Private Firm, Associate*

| | | Average hourly billing rate in 2016 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 186 | $386 | $225 | $274 | $340 | $475 | $606 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 39 | $314 | $205 | $250 | $280 | $360 | $525 |
| | 5-6 | 32 | $312 | $220 | $246 | $278 | $339 | $509 |
| | 7-9 | 36 | $442 | $273 | $325 | $378 | $578 | $685 |
| | 10-14 | 30 | $377 | $250 | $274 | $343 | $424 | $618 |
| | 15-24 | 29 | $439 | $300 | $323 | $450 | $498 | $650 |
| | 25-34 | 11 | $485 | $269 | $375 | $480 | $575 | $800 |
| | 35 or More | 5 | $601 | ISD | $418 | $640 | $765 | ISD |
| Location | Boston CMSA | 14 | $479 | $235 | $321 | $505 | $593 | $738 |
| | NYC CMSA | 14 | $461 | $205 | $316 | $413 | $610 | $775 |
| | Philadelphia CMSA | 3 | $338 | ISD | ISD | $340 | ISD | ISD |
| | Washington, DC CMSA | 37 | $452 | $278 | $323 | $400 | $555 | $700 |
| | Other East | 10 | $334 | $205 | $288 | $325 | $389 | $487 |
| | Metro Southeast | 8 | $343 | ISD | $269 | $343 | $369 | ISD |
| | Other Southeast | 4 | $300 | ISD | $228 | $316 | $358 | ISD |
| | Chicago CMSA | 7 | $351 | ISD | $275 | $310 | $475 | ISD |
| | Minne.-St. Paul PMSA | 10 | $294 | $165 | $239 | $270 | $351 | $466 |
| | Other Central | 33 | $283 | $215 | $233 | $260 | $316 | $387 |
| | Texas | 12 | $435 | $253 | $328 | $415 | $565 | $682 |
| | Los Angeles CMSA | 5 | $412 | ISD | $320 | $370 | $525 | ISD |
| | San Francisco CMSA | 4 | $476 | ISD | $413 | $488 | $529 | ISD |
| | Other West | 25 | $385 | $223 | $250 | $365 | $475 | $632 |
| IP Technical Specialization (>=50%) | Biotechnology | 8 | $496 | ISD | $364 | $468 | $656 | ISD |
| | Chemical | 16 | $326 | $216 | $231 | $313 | $344 | $516 |
| | Computer Hardware | 4 | $366 | ISD | $249 | $310 | $540 | ISD |
| | Computer Software | 30 | $385 | $223 | $271 | $358 | $464 | $569 |
| | Electrical | 15 | $355 | $209 | $260 | $325 | $400 | $560 |
| | Mechanical | 48 | $334 | $220 | $250 | $333 | $400 | $475 |
| | Medical/ Health Care | 5 | $379 | ISD | $250 | $375 | $510 | ISD |
| | Pharmaceutical | 9 | $424 | ISD | $283 | $380 | $570 | ISD |
| Age | Younger than 35 | 41 | $317 | $201 | $243 | $300 | $355 | $519 |
| | 35-39 | 55 | $387 | $226 | $260 | $335 | $505 | $632 |
| | 40-44 | 27 | $374 | $222 | $260 | $325 | $470 | $650 |
| | 45-49 | 24 | $397 | $225 | $311 | $393 | $490 | $575 |
| | 50-54 | 11 | $421 | $317 | $325 | $340 | $455 | $792 |
| | 55-59 | 11 | $439 | $242 | $300 | $450 | $575 | $670 |
| | 60 or Older | 15 | $506 | $307 | $375 | $475 | $640 | $788 |
| Gender | Male | 146 | $385 | $240 | $275 | $340 | $463 | $600 |
| | Female | 38 | $388 | $200 | $250 | $350 | $504 | $651 |
| Highest Non-Law Degree | Bachelor's Degree | 115 | $380 | $220 | $260 | $325 | $475 | $608 |
| | Master's Degree | 52 | $387 | $240 | $285 | $350 | $450 | $629 |
| | Doctorate Degree | 15 | $425 | $238 | $315 | $375 | $565 | $663 |
| Ethnicity | White/Caucasian | 157 | $379 | $240 | $275 | $335 | $458 | $600 |
| | Asian/Pacific Islander | 13 | $454 | $205 | $298 | $460 | $593 | $665 |
| | Blended | 3 | $498 | ISD | ISD | $400 | ISD | ISD |
| | Other | 3 | $258 | ISD | ISD | $225 | ISD | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 5 | $241 | ISD | $197 | $225 | $293 | ISD |
| | 3-5 | 13 | $377 | $220 | $250 | $380 | $475 | $552 |
| | 6-10 | 22 | $314 | $210 | $250 | $313 | $353 | $435 |
| | 11-25 | 36 | $350 | $224 | $258 | $318 | $400 | $551 |
| | 26-50 | 35 | $381 | $240 | $290 | $340 | $425 | $605 |
| | 51-100 | 30 | $440 | $260 | $314 | $430 | $516 | $673 |
| | 101-150 | 22 | $360 | $263 | $275 | $333 | $419 | $558 |
| | More than 150 | 18 | $554 | $318 | $449 | $583 | $658 | $733 |