

ATTORNEYS AT LAW

January 23, 2019

*Via ECF*

The Honorable Magistrate Judge Katherine M. Menendez
United States District Court
8E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:    *World Wrestling Entertainment, Inc., et. al. v. AWA Wrestling Entertainment, Inc., and*
       *Dale R. Gagner, et. al.*
       Court File No. 0:07-cv-02058-ADM-JSM

Dear Magistrate Menendez:

Per the Court's request during this afternoon's hearing on Plaintiffs' Motion for Contempt, attached and filed are Plaintiffs' supplemental Exhibits 1 and 2.

Additionally, as Plaintiffs' counsel Mr. Krasik argued two additional cases this afternoon that are not cited in Plaintiffs' motion presently before this Court, Plaintiffs wish to provide citations to those cases for the Court's convenience. They are: *Reed, et. al. v. A&A Stanley Construction, Inc.*, Civil No. 12-cv-00869 (MJD/LIB), 2013 WL 1065371 (D. Minn. Feb. 13, 2013); and, *Welk, et. al. v. GMAC Mortg. LLC, et. al.*, Civil No. 11-cv-02676 (PJS/JJK), 2014 WL 223389 (D. Minn. Jan. 21, 2014).

Sincerely,

Olivia M. Cooper
*Counsel for Plaintiffs*

Enclosures

cc: Defendant Dale Gagner, via U.S. Mail