# EXHIBIT 1

**Dale Gagne** @dalergagne · Dec 2

The AWA World Heavyweight Championship belongs to the fans. A new champion will be crowned this month. I'm confident that the participants in the match will surprise all!

**Rasslin' History 101** @WrestlingIsKing



Nick Bockwinkel always had an rarified air of eloquence,in the way he wrestled,the way he talked during interviews and the way he dressed.his success in the ring was right on-par with the way he always carried himself.a great...

 1