# EXHIBIT 2

**Dale Gagne**
January 9 at 1:05 AM

Things are GREAT for Professional Wrestling now in the Twin Cities of Minneapolis / St. Paul and will only get better with an "AWAish" return this March in St. Paul brought to you by the guys that picked up the AWA shoes and are running like no other other "indy" has tried. Look for #FNAAWA. We're coming and doing it better than all the "pretenders" at an Avenue, Banquet Hall, Vet's Club or Events "Center" in someones back hall. Kudo's however to David Arquette.

26

15 Comments  3 Shares

Like    Comment    Share