## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| World Wrestling Entertainment, Inc.<br>WWE Libraries, Inc. | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 07-cv-2058 ADM/KMM |
| AWA Wrestling Entertainment, Inc.,<br>Dale R Gagner | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's Motion for Contempt (ECF No. 78) is GRANTED IN PART and DENIED IN PART.

2. The motion is granted as follows:
 a. Dale Gagner is found to be in civil contempt for violating the 2008 Injunction by engaging in prohibited uses of the AWA marks;
 b. Dale Gagner is ordered to comply with the 2008 Injunction and to immediately cease all prohibited use of the AWA marks; and
 c. Dale Gagner is Ordered to pay a financial sanction of $1,000, representing the portion of Plaintiff's reasonable attorney s' fees incurred in bringing the motion or contempt necessary to coerce Mr. Gagner's future compliance with the 2008 Injunction.

3.  The motion is otherwise denied.

Date: 5/1/2019

KATE M. FOGARTY, CLERK

*s/K. Krulas*

(By)   K. Krulas, Deputy Clerk